No. 84–258.   SCHAPANSKY *v.* DEPARTMENT OF TRANSPORTATION; ADAMS ET AL. *v.* DEPARTMENT OF TRANSPORTATION; MARTEL *v.* DEPARTMENT OF TRANSPORTATION; MOYLAN *v.* DEPARTMENT OF TRANSPORTATION; DORRANCE *v.* DEPARTMENT OF TRANSPORTATION; DiMASSO *v.* DEPARTMENT OF TRANSPORTATION; and

No. 84–259.   ANDERSON ET AL. *v.* DEPARTMENT OF TRANSPORTATION ET AL.   C. A. Fed. Cir.   Certiorari denied.   Reported below: No. 84–258, 735 F. 2d 477 (first case), 735 F. 2d 488 (second case), 735 F. 2d 504 (third case), 735 F. 2d 524 (fourth case), 735 F. 2d 516 (fifth case), 735 F. 2d 526 (sixth case); No. 84–259, 735 F. 2d 537.

No. 84–260.   FAITH CENTER, INC. *v.* CITY OF HARTFORD ET AL.   Sup. Ct. Conn.   Certiorari denied.

No. 84–287.   STEWART *v.* UNITED STATES ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 84–405.   JACK WALTERS & SONS CORP. *v.* MORTON BUILDINGS, INC.   C. A. 7th Cir.   Certiorari denied.

No. 84–413.   HUGHES-BECHTOL, INC. *v.* WEST VIRGINIA BOARD OF REGENTS.   C. A. 6th Cir.   Certiorari denied.

No. 84–420.   EITMANN *v.* NEW ORLEANS PUBLIC SERVICE, INC.   C. A. 5th Cir.   Certiorari denied.

No. 84–426.   JOHNSON *v.* ALLYN & BACON.   C. A. 1st Cir.   Certiorari denied.

No. 84–429.   INTERNATIONAL INDEMNITY CO. *v.* ENFINGER, BY AND THROUGH HIS NEXT FRIEND, ENFINGER; and INTERNATIONAL INDEMNITY CO. *v.* ODOM.   Sup. Ct. Ga.   Certiorari denied.

No. 84–437.   EVENING NEWS ASSN. ET AL. *v.* LOCRICCHIO ET AL.   Ct. App. Mich.   Certiorari denied.